MARQUISE LUCAS
57811-007
USP. FLORENCE HIGH
P.O Box 7000
Florence, CO 81226

THE CLERK OF Courts
ALFRED. A. ARRAJ
901 19th S.T, Room. 105
DENVER, CO 80294

RE: Filed, CIVIL ACTION "BIVENS"
DATE: JULY 5, 2020

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL -9 2020
JEFFREY P. COLWELL
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
7/09/2020
JEFFREY P. COLWELL, CLERK

Dear Clerk,

I am writing you this letter in regards to A civil action that I have filed in your Court.

I filed a Civil Action in your Court. dated JUNE 2, 2020. where as staff/c.o. at usp Florence have assaulted me.

Now that I have afforded you with the necessary information, concerning the civil action, I haven't receive any answer from your Court as to this matter, so this is why I wrote the letter/notice to your office.

Please inform me of any information that can possibly help me in the near future to come. Thank you for your time and petitions.

Respectfully,
MARQUISE LUCAS
57811-007

Case No. 1:20-cv-02055-NYW-SKC   Document 1   filed 07/09/20   USDC Colorado   pg 2 of 2

Marquise Lucas #57811-007
U.S.P Florence High
P.O. Box 7000
Florence, CO 81226

"Legal Mail"

THE CLERK OF COURTS   Court House

Alfred. A. Arraj   Room: A105

Denver, CO 80294

8029439999